UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL BURRITT,                  CASE FILE 12 CV 909 slc

    Plaintiff,

vs.

LISA DITLEFSEN,
In her individual capacity acting
under color of law as a Polk County Deputy Sheriff,

and

POLK COUNTY,
A government entity and
political subdivision of the state of Wisconsin,

    Defendants.

---

NOTICE OF APPEARANCE
OF PETER J. NICKITAS, ATTORNEY FOR THE PLAINTIFF

    TO THE ABOVE DEFENDANTS, BY AND THROUGH COUNSEL, PLEASE TAKE NOTE:

    Having been duly reinstated to practice before the United States District Court for the Western District of Wisconsin, Attorney Peter J. Nickitas, SBW 01001612, appears in this action as attorney for the plaintiff. Attorney Eric L. Crandall shall remain on record as co-counsel for the plaintiff until further notice.

3 July 2013                    Respectfully submitted:

Peter J. Nickitas Law Office, LLC

/s/ *Peter J. Nickitas*

_____
Peter J. Nickitas Law Office, LLC
Attorney for the plaintiff
431 S. 7th St., Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221
651.238.3445/FAX 1.888.389.7890
peterjnickitaslawllc@gmail.com