UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAUL BURRITT,

        Plaintiff,

vs.

                                                    12-cv-909-wmc

LISA DITLEFSEN, and
POLK COUNTY,

        Defendants.

**SUPPLEMENTAL DECLARATION OF LISA DITLEFSEN**

LISA DITLEFSEN declares under penalty of perjury as follows:

1. I am an adult resident of the State of Wisconsin.

2. This declaration is made in support of the Defendants' Motion for Summary Judgment.

3. In my position as an Investigator specializing in sensitive crimes, I regularly work closely with Child Protective Services. I regularly receive, review, and interpret Child Protective Services Reports.

4. A Child Protective Service Report contains a section entitled "Describe any present danger threats, including a description of possible or likely emergency (exigent) circumstances." When the report contains the term "No present danger threats," it means that the child is not in immediate danger because the child (alleged victim) does not reside with or have direct daily contact with the alleged maltreater. It does not mean that the alleged maltreater is not a danger to others or the general public.

Dated this 17th day of December, 2013.

                                                          s/Lisa Ditlefsen
                                                          Lisa Ditlefsen