UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAUL BURRITT,

        Plaintiff,

vs.

LISA DITLEFSEN,                                               12-cv-909-wmc
fn her individual and official capacities
for actions under color of law as a Polk
County Deputy Sheriff,

and

POLK COUNTY,

        Defendants.

NOTICE
OF APPEAL
OF PLAINTIFF PAUL BURRITT

TO THE ABOVE-NAMED DEFENDANTS, THROUGH COUNSEL, PLEASE TAKE NOTE:

        Notice is hereby given that Paul Burritt, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the 30 March 2015 order of the district court [Docket 77] denying plaintiff's motion per Fed. R. Civ. P. 59(e) [Docket 69] to alter or amend, or otherwise grant relief from, the entry of summary judgment in the favor of Defendants by the district court on 25 February 2014 [Docket 66].

26 April 2015                    Respectfully submitted:

                                    PETER J. NICKITAS LAW OFFICE, LLC

                                    /s/*Peter J. Nickitas*

                                    _____
                                    Peter J. Nickitas, SBW 1001612
                                    Attorney for the Plaintiff
                                    431 S. 7th St., Suite 2446
                                    P.O. Box 15221
                                    Minneapolis, MN 55415-0221
                                    612.440.7285 (o)/651.238.3445 (m)/1.888.389.7890 (f)
                                                      peterjnickitaslawllc@gmail.com